IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40237
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

FRANCISCO MEDINA SANCHEZ, Fugitive,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-94-CR-136-01
- - - - - - - - - -
December 19, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Francisco Medina Sanchez appeals the sufficiency of the
evidence to support his conviction for making a false statement
in connection with the purchase of a firearm in violation of 18
U.S.C. § 922(a)(6).  Sanchez argues the evidence does not show
that his statement was knowing.  We have reviewed the record and
find the evidence sufficient to support the jury's determination
of guilt.  United States v. Jaramillo, 42 F.3d 920, 923 (5th

_____

     [*]    Local Rule 47.5.1 provides:  "The publication of
opinions that merely decide particular cases on the basis of
well-settled principles of law imposes needless expense on the
public and burdens on the legal profession."  Pursuant to that
Rule, the court has determined that this opinion should not be
published.

Cir.), cert. denied, 115 S. Ct. 2014 (1995); United States v. Harrelson, 705 F.2d 733, 736 (5th Cir. 1983).

AFFIRMED.